**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7546**

_____

ROBERT WILLIAMS,

              Plaintiff - Appellant,

     v.

CORIZON MEDICAL SERVICE, Al ET; MAJID ARNAOUT, Dr.; COLIN
OTTEY, Dr.; KATIE WINNER, PA; BILL BEIMMEN, Nurse; DAWN
HAWK, Nurse; CARLA BUCK, Nurse; A. JOUBERT, Dr.; GREG FLURY,
P.A.; NAA E. ODIFIE, R. Ph.,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge.  (8:12-cv-02121-DKC)

_____

Submitted:  December 19, 2013    Decided:  December 24, 2013

_____

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Williams, Appellant Pro Se.  H. Kenneth Armstrong,
ARMSTRONG, DONAHUE, CEPPOS & VAUGHAN, CHTD, Rockville, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Williams' motions for appointment of counsel and affirm for the reasons stated by the district court. Williams v. Corizon Med. Serv., No. 8:12-cv-02121-DKC (D. Md. Aug. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2